1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

5

6

7

8

9

10

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Civil Action No. 17-cv-181 |
| Plaintiff, | PLAINTIFF'S CORPORATE DISCLOSURE |
| v. | |
| DOES 1-16, | |
| Defendants. | |

11 Plaintiff answers Federal Rules of Civil Procedure 7.1 and LCR 7.1 questions as follows:

12 **(1)** **Does the Plaintiff have a parent corporation or any publicly held corporation owning more than 10% of its stock?**

13 Yes: A&T IP, Inc.

14 **(2)** **Any member or owner in a joint venture or limited liability corporation (LLC)?**

15 No.

16 **(3)** **Any partners in a partnership or limited liability partnership (LLP)**

17 No

18 **(4)** **Any corporate member, if the party is any other unincorporated association, or stating that there is no such corporate member**

19 No

20 RESPECTFULLY SUBMITTED this 7th day of February, 2017.

21 s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
22 LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
23 Seattle, WA 98104
T: 206.381.3300
24
Attorneys for Plaintiff
25

26

CORPORATE DISCLOSURE
Civil Action No. 17-cv-181
INIP-6-0073P01 CDS

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301