UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

  Plaintiff,

  v.

ABDURAHIM ABDULKHALOC, *et al.*,

  Defendants.

Case No. C17-0181RSL

ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter comes before the Court on plaintiff's motion for an extension of time in which to serve the complaint. Dkt. # 17. A party generally has 90 days after a complaint is filed in which to serve the defendant. Fed. R. Civ. P. 4(m). It can be challenging to meet this deadline in BitTorrent cases where plaintiff must first conduct discovery from the ISP before it can identify and serve the defendant. It can be done, however, and the Court expects a good faith effort to comply with the service deadline. Plaintiff has made such an effort here. Although leave to conduct expedited discovery was granted in a timely manner, the ISP's response was delayed. Plaintiff appropriately limited its efforts to pursue an out-of-court settlement of the case, then utilized the waiver of service procedure set forth in Fed. R. Civ. P. 4(d). The waivers are due within weeks of the original service deadline, and plaintiff seeks a limited extension in which to accomplish personal service if necessary.

ORDER GRANTING MOTION
FOR EXTENSION OF TIME - 1

1       The motion for an extension of time is GRANTED. Plaintiff shall have an
2 additional thirty days, until June 7, 2017, to file proofs of waiver as to all defendants or a
3 second motion for extension of time detailing the efforts made to accomplish service.

5       Dated this 2nd day of May, 2017.

                                         */s/ Robert S. Lasnik*
                                         Robert S. Lasnik
                                         United States District Judge

ORDER GRANTING MOTION
FOR EXTENSION OF TIME - 2