# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ME2 PRODUCTIONS INC.,

    Plaintiff,

vs.

DOE 1, et al.,

    Defendants.

NO. C17-181RSL

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. The above entitled case was filed on February 7, 2017. The Clerk entered a Default on July 6, 2017. No documents have been filed since July 6, 2017.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than May 3, 2018. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, May 4, 2018.

DATED this 19th day of April, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE